# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

☒ FILED   ☐ LODGED

**Jan 09 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Benigno Armando Rios Pacheco,

Defendant.

CR-25-01085-01-PHX-DWL

**WAIVER OF INDICTMENT**

BENIGNO ARMANDO RIOS PACHECO, the above-named defendant, who is accused of Reentry of Removed Alien, a felony, in violation of Title 8, United States Code, Section 1326(a) and (b)(1) being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____ for
BENIGNO ARMANDO RIOS PACHECO
Defendant

_____
MICHAEL ATKINS
Counsel for Defendant

Date ___12/22/25___